**PAID**

Civil Action No. _19 V – 989_

Date Filed _OCT. 04, 2019_

Magistrate Court ☐
Superior Court ☑
State Court ☐
**Georgia, Gwinnett County**

Plaintiff: _RICHARD CARRUTHERS_

VS.

Defendant: _LAKEVIEW LOAN SERVICING, LLC_

Attorney's Address

_23 STILLWATER TRACE *_
_GRIFFIN, GA 30223_

Name and Address of party to be served.

_CORPORATION SERVICE COMPANY_
_40 TECHNOLOGY PARKWAY SOUTH, SUITE 300_
_NORCROSS, GA 30092_

Garnishee

**HEARING DATE** _10/31/19_

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒
Served the defendant _Lakeview Loan Servicing_ a corporation

by leaving a copy of the within action and summons with _Alisha Smith_

in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _11_ day of _OCT_, 20_19_.

_J. Hall_  S01115
**Deputy**

Sheriff Docket _____   Page _____

**Gwinnett County, Georgia**

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13

E-filed for Record
11/20/2019 3:41 PM
Superior/State Court, Spalding County

## IN THE SUPERIOR COURT OF SPALDING COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RICHARD CARRUTHERS,<br><br>     Plaintiff,<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC.,<br>ASSIGNEE OF LOAN CARE SERVICING,<br>INC. VIA MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC. AS<br>NOMINEE FOR IMPAC MORTGAGE CORP.<br>DBA CASHCALL MORTGAGE, LOAN<br>CARE SERVICING CENTER, INC., DBA<br>LOAN CARE LOANCARE, LLC DBA<br>LOANCARE[1], JAMES E. ALBERTELLI, P.A.<br>DBA ALBERTELLI LAW AND ALAW, *et al*.,<br><br>     Defendants. | Case No: 19-V-989 |

## LAKEVIEW LOAN SERVICING AND LOANCARE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COME NOW, Defendants Lakeview Loan Servicing, LLC, ("Lakeview") and LoanCare,

LLC ("LoanCare", collectively, Lakeview and LoanCare are referred to as the "Defendants") and

file this Answer and Affirmative Defenses to Plaintiff, Richard Carruthers' Emergency Motion

for Temporary Restraining Order Without Notice[2] (the "Complaint"), respectfully showing this

Honorable Court as follows:

---

[1] The style of the Complaint incorrectly identifies Lakeview Loan Servicing, LLC as an assignee of LoanCare, LLC who is also incorrectly named as a Defendant in this action and is erroneously identified "Loan Care Servicing Center, Inc., DBA Loan Care Loancare, LLC DBA Loancare". LoanCare, LLC does not operate under the name "Loan Care Servicing Center" and submits that no such independent entity exists.

[2] On October 9, 2019 Plaintiff filed an Emergency Motion for Temporary Restraining Order seeking a preliminary injunction from this court. While to date Plaintiff has not filed any Complaint or Petition in this Court relating to the matters upon which he seeks relief, Defendants file this Answer and Affirmative Defenses in abundance of caution.

1

## AFFIRMATIVE DEFENSES

1.     Plaintiff's Complaint fails for failure to join a necessary party under O.C.G.A. § 9-11-19.

2.     Plaintiff's Complaint fails for failure to state a claim upon which relief can be granted.

3.     Plaintiff's Complaint fails for lack of personal jurisdiction.

4.     Plaintiff's Complaint fails because this Court lacks subject matter jurisdiction.

5.     Plaintiff is estopped from bringing his claim under the doctrine of unclean hands.

6.     Plaintiff's claims are barred by the doctrine of laches.

7.     Plaintiff's Complaint is barred for failure to satisfy a condition precedent.

Subject to and without waiving the foregoing affirmative defenses, Defendants Answer the specific averments contained in the Complaint as follows:

## ANSWER

1.     Defendants deny the allegations contained in the unnumbered paragraph 1 appearing on page 1 of Plaintiff's Complaint.

2.     Defendants admit that Plaintiffs have requested a Temporary Restraining Order to enjoin a foreclosure sale of real property but deny that Plaintiff is entitled to the relief sought or any relief whatsoever. Defendants deny the remaining allegations contained in the unnumbered paragraph 2 appearing on page 2 of Plaintiff's Complaint.

3.     Defendants deny that jurisdiction is proper in this Court.

## BACKGROUND

4.     Defendants admit that the subject of this action is the real property and improvements located at 23 Stillware Trace, Griffin, Spalding County, Georgia 30223;

Defendants further admit that Plaintiff obtained a loan and executed documents evidencing the debt. Defendants deny the remaining allegations contained in the unnumbered paragraph 4 that begins with "The parties" and appears beneath the heading "Background: on page 2 of the Plaintiff's Complaint.

5.      Defendants admit the allegations contained in the unnumbered paragraph 5 beginning with "Evidence of" that appears on page 2 of Plaintiff's Complaint.

6.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph 6 beginning with "On or about March" that appears at the bottom of page 2 and continues to the top of page 3 of Plaintiff's Complaint.

7.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph beginning with "Though, homestead" that appears at the top of page 3 of the Complaint.

8.      Defendants are without knowledge of information sufficient to form a belief as to the unnumbered paragraph beginning with "On October 15, 2018" that appears on page 3 of the Complaint.

9.      Defendants deny the allegations contained in the unnumbered paragraph beginning with "Plaintiff continued to make" that appears on page 3 of the Complaint.

10.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph beginning with "On February 11" that begin at the bottom of page 3 and continues onto the top of page 4 of the Complaint.

11.     Defendants deny the allegations contained in the unnumbered paragraph beginning with "Plaintiff from January" that appears at the top of page 4 of the Complaint.

12.    Defendants deny the allegations contained in the unnumbered paragraph beginning with "Under the Defendants" that appears on page 4 of the Complaint.

## PLAINTIFF'S RESPONSE TO NOTICE OF FORECLOSURE

I.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph I of the Complaint, to the extent that paragraph I contains any allegations against Defendants, Defendants deny the same.

II.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph II of the Complaint, to the extent that paragraph II contains any allegations against Defendants, Defendants deny the same.

III.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph III of the Complaint, to the extent that paragraph III contains any allegations against Defendants, Defendants deny the same.

IV.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph IV of the Complaint, to the extent that paragraph IV contains any allegations against Defendants, Defendants deny the same.

V.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph V of the Complaint, to the extent that paragraph V contains any allegations against Defendants, Defendants deny the same.

VI.    Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph VI of the Complaint , to the extent that paragraph IV contains any allegations against Defendants, Defendants deny the same.

VII.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph VII of the Complaint, to the extent that paragraph VII contains any allegations against Defendants, Defendants deny the same.

VIII.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph VIII of the Complaint, to the extent that paragraph VIII contains any allegations against Defendants, Defendants deny the same.

IX.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph IX of the Complaint, to the extent that paragraph IX contains any allegations against Defendants, Defendants deny the same.

X.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph X of the Complaint, to the extent that paragraph X contains any allegations against Defendants, Defendants deny the same.

XI.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph XI of the Complaint, to the extent that paragraph XI contains any allegations against Defendants, Defendants deny the same.

XII.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph XII of the Complaint, to the extent that paragraph XII contains any allegations against Defendants, Defendants deny the same.

XIII.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph XIII of the Complaint, to the extent that paragraph XIII contains any allegations against Defendants, Defendants deny the same.

XIV.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph XIV of the Complaint, to the extent that paragraph XIV contains any allegations against Defendants, Defendants deny the same.

XV.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in paragraph XV of the Complaint, to the extent that paragraph XV contains any allegations against Defendants, Defendants deny the same.

## **COUNT –I Tortious Interference by Defendant**

13.     Defendants deny the allegations contained in the unnumbered paragraph beneath the header "Count I" that appears on page 7 of the Complaint.

## **COUNT – II Breach of Contract by Defendant**

14.     Defendants deny the allegations contained in the unnumbered Paragraph beneath the header "Count II" that appears at the bottom of page 7 of the Complaint and continues onto page 8.

15.     Defendants deny the allegations contained in the unnumbered paragraph beginning "Defendant attempts" at the top of page 8 of the Complaint.

16.     Defendants are without knowledge or information to form a belief as to the truth of the allegations contained in the unnumbered paragraph beginning "Yet no lien" that appears at the bottom of page 8 and continues at the top of page 9 of the Complaint.

17.     Defendants deny the allegations contained in the unnumbered paragraph beginning "Defendant refuses" that appears on page 9 of the Complaint.

18.     Defendants deny the allegations contained in the unnumbered paragraph beginning "Defendant has refused" that appears on page 9 of the Complaint.

19.     Defendants deny the allegations contained in the unnumbered paragraph beginning "Further, Defendant" that appears on page 9 of the Complaint.

20.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the unnumbered paragraph that begins "on September 14, 2004" and appears at the bottom of page 9 continuing onto page 10 of the Complaint.

<u>COUNT –III Violation of the Fair Debt Collection Practices Act<br>"FDCPA" 15 USC 1692 et seq. by Defendant</u>

21.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff is exposed to, to the extent that there are any allegations against Defendants contained in the unnumbered paragraph appearing beneath the header "Count III" Defendants deny them.

22.     Defendants deny the allegations contained in the unnumbered paragraph beginning "As recently as" that appears in the center of page 10 of the Complaint.

23.     Defendants deny the allegations contained in the unnumbered paragraph beginning with the words "Rather than" that appears on the bottom of page 10 and continues onto the top of page 11 of the Complaint.

>    a.  Defendants deny the allegations contained subpart 1 that appears at the top of page 11 of the Complaint;
>
>    b.  Defendants deny the allegations contained subpart 2 that appears at the top of page 11 of the Complaint;
>
>    c.  Defendants deny the allegations contained subpart 3 that appears at the top of page 11 of the Complaint;
>
>    d.  Defendants deny the allegations contained subpart 4 that appears at the top of page 11 of the Complaint;

e.  Defendants deny the allegations contained subpart 5 that appears at the top of page 11 of the Complaint;

f.  Defendants deny the allegations contained in subpart 6 that appears at the top of page 11 of the Complaint.

g.  Defendants deny the allegations contained in subpart 7 that appears at the top of page 11 of the Complaint.

h.  Defendants deny the allegations contained in subpart 8 that appears at the top of page 11 of the Complaint.

i.  Defendants deny the allegations contained in subpart 9 that appears at the top of page 11 of the Complaint.

j.  Defendants deny the allegations contained in subpart 10 that appears at the top of page 11 of the Complaint.

24.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first unnumbered paragraph beginning "The residence" that appears on page 11 of the Complaint. To the extent that the paragraph contains any allegations against Defendants, they are denied.

25.   Defendants deny the allegations contained in the unnumbered paragraph beginning "Defendant's illegal" that appears on page 11 of the Complaint.

26.   Defendants deny the allegations contained in the unnumbered paragraph beginning "Plaintiff seeks" that begins at the bottom of page 11 of the Complaint and continues onto the top of page 12 of the Complaint.

## COUNT – IV Equity Stripping
### facilitated by FDCPA violation—Advertising existence of debt

27.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph beneath the bolded header for "Count —IV" in the Complaint, to the extent that the unnumbered paragraph contains any allegations against Defendants, Defendants deny the same.

## ARGUMENT

28.     Defendants deny the allegations contained in the unnumbered paragraph that begins at the bottom of page 12 and continues onto the top of page 13 of the Complaint.

29.     Defendants deny the allegations contained in the unnumbered paragraph that begins "Notice that" and appears in the center of page 13 of the Complaint.

30.     Defendants deny the allegations contained in the unnumbered paragraph that begins "Is it a surprise" which appears on page 13 of the Complaint.

31.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph beginning at the bottom of page 13 and continuing onto the top of page 14 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants, Defendants deny them.

32.     Defendants deny the allegations contained in the unnumbered paragraph beginning "Plaintiff is grievously harmed" that appears towards the top of page 14 of the Complaint.

33.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph in the center of page 14 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants there are denied.

34.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph in the center of page 14 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants there are denied.

35.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph in the center of page 14 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants there are denied.

36.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph at the bottom of page 14 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants there are denied.

37.     Defendants are without knowledge or information sufficient to form a belief as to what Plaintiff shows the Court in the unnumbered paragraph at the top of page 15 of the Complaint. To the extent that the unnumbered paragraph contains any allegations against Defendants they are denied.

## THEORIES UPON WHICH PLAINTIFF EXPECTS TO PREVAIL

38.     Defendants are without knowledge or information as to what Plaintiff expects in any hearing in this action. To the extent that the unnumbered paragraph that appears beneath Plaintiffs' heading "Theories" contains any allegations against Defendants, they are denied.

1.

Defendants deny the allegations contained in paragraph 1 on page 15 of the Complaint.

2.

Defendants deny the allegations contained in paragraph 2 on page 15 of the Complaint.

3.

Defendants deny the allegations contained in paragraph 3 on page 15 of the Complaint.

4.

Defendants deny the allegations contained in paragraph 4 on page 15 of the Complaint.

39.     Defendants deny each and every allegation contained in the Complaint not specifically admitted denied or otherwise controverted herein.

40.     Defendants deny that Plaintiff is entitled to the relief sought in the Complaint or any relief whatsoever.

Respectfully submitted, this 20th day of November 2019.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
COREY R. MENDEL (GA Bar No. 604149)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
crothschild@rubinlublin.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 20th day of November 2019, serve all parties in this matter with the foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Richard Carruthers
23 Stillwater Trace
Griffin, Georgia 30223

Cory P. Sims
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
