## IN THE SUPERIOR COURT OF SPALDING COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| RICHARD CARRUTHERS  <br><br>      Plaintiff  <br><br>vs.  <br><br>LAKEVIEW LOAN SERVICING, LLC.  <br>Assignee of Loan Care Servicing, Inc. via  <br>Mortgage Electronic Registration Systems, Inc.  <br>As nominee for Impac Mortgage Corp.  <br>Dba Cashcall Mortgage  <br><br>LOAN CARE SERVICING CENTER, INC.  <br>Dba LOAN CARE  <br>LOAN CARE, LLC.  <br>Dba LOAN CARE  <br><br><br>JAMES E. ALBERTELLI, P.A.  <br>Dba ALBERTELLI LAW and ALAW  <br><br>And Unknown Conspirators, Affiliates, Agents,  <br>And Jane Does and Richard Roes  <br><br>      Defendants | )  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) CASE NO.: 19V-989  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>)  <br>) |

### PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF LAKEVIEW LOAN SERVICING, LLC AND LOANCARE, LLC AND TO STRIKE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Richard Carruthers, pro se, the above captioned Plaintiff makes complaint pursuant to OCGA 9-11-55 et. seq. to this Honorable Court as follows.

**I.**

Plaintiff declares that Defendant LAKEVIEW LOAN SERVICING, LLC , and LOANCARE, LLC have failed to timely answer and have failed to open the default by filing an answer and paying court costs no later than 15 days after the date of the default. Defendant LAKEVIEW LOAN SERVICING, LLC was served

personally by Sheriff's service, and proof of service was filed with the Superior Court on 11 October, 2019. Defendant LOANCARE, LLC was served personally by Sheriff's service, and proof of service was filed with the Superior Court on the same day, 11 October, 2019. Each defendant was represented by counsel Rubin Lubin, LLC and filed tardy answer 20 November, 2019. No payment of court costs followed within the time prescribed by law, thus defendants did not successfully re-open default.

## II.

Owing to the fact that defendants LAKEVIEW LOAN SERVICING, LLC and LOANCARE, LLC are in default, Plaintiff shows the Court that, Plaintiff is entitled to verdict and judgment by default as if every item and paragraph of the complaint or other original pleading were supported by proper evidence, without the intervention of a jury. Thus, the defendants' motion for judgment on the pleadings is moot, and should also be struck.

WHEREFORE, Plaintiff requests the following relief:

A. Default judgment with grant of permanent injunction against the Defendants;

B. Money judgment in the amount of $ 88,888;

C. And for such other relief as the Court shall deem appropriate.

_____
Richard Carruthers
Plaintiff, Pro Se

23 Stillwater Trace
Griffin, GA, 30223
(678) 855-5209 PHONE
(800) 385-0656 FAX

## VERIFICATION

STATE OF Georgia

County of Spalding

I Richard Carruthers, being first duly sworn, deposes and says:
I am the PLAINTIFF in the foregoing-captioned action, am personally familiar with the facts stated in the Motion, and know same to be true, or if stated upon belief, believe same to be true.

*[signature]*

SUBSCRIBED AND SWORN this date: _____

_____

My commission expires:                          Notary Public
==============================================================
Richard Carruthers
23 Stillwater Trace
Griffin, GA, 30223
(678) 855-5209  PHONE
(800) 385-0656  FAX
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of May, 2020 served all parties in this matter through their counsel by placing a true and complete copy of

**PLAINTIFF'S MOTION TO STRIKE THE ANSWER OF LAKEVIEW LOAN SERVICING, LLC AND LOANCARE, LLC AND TO STRIKE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

in the U.S. Mail with adequate postage thereon, addressed as follows:

Attorney for Lakeview and LoanCare

Bret J. Chaness, Esquire

Rubin Lubin, LLC

3145 Avalon Ridge Place, Suite 100

Peachtree Corners, GA 30071


Attorney for Albertelli Law

Cory P. Sims, Managing Member

100 Galleria Parkway

Suite 900

Atlanta, GA 30339