IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD CARRUTHERS,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC., ASSIGNEE OF LOAN CARE SERVICING, INC. VIA MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR IMPAC MORTGAGE CORP. DBA CASHCALL MORTGAGE, LOAN CARE SERVICING CENTER, INC., DBA LOAN CARE LOANCARE, LLC DBA LOANCARE[1], JAMES E. ALBERTELLI, P.A. DBA ALBERTELLI LAW AND ALAW, *et al*.<br><br>Defendants. | Case No: 1:20-cv-02502-CAP-JSA |

**LAKEVIEW LOAN SERVICING, LLC AND LOANCARE LLC'S RESPONSE IN OPPOSITION TO RICHARD CARRUTHER'S MOTION TO STRIKE ANSWER**

---

[1] The style of the Complaint incorrectly identifies Lakeview Loan Servicing, LLC as an assignee of LoanCare, LLC who is also incorrectly named as a Defendant in this action and is erroneously identified "Loan Care Servicing Center, Inc., DBA Loan Care Loancare, LLC DBA Loancare". LoanCare, LLC does not operate under the name "Loan Care Servicing Center" and submits that no such independent entity exists.

1

COME NOW, Lakeview Loan Servicing, LLC, ("Lakeview"), and LoanCare, LLC ("LoanCare", collectively Lakeview and LoanCare are referred to as "Defendants"), Defendants in the above-styled action, and would respond in opposition to Plaintiff Richard Carruthers' Motion to Strike the Answer of Lakeview Loan Servicing, LLC and Loancare, LLC (the "Motion") [Doc. 6] as follows:

## PROCEDURAL HISTORY

This action was originally filed the Superior Court of Spalding County, Georgia on October 9, 2019. [Doc. 1-1] at p. 5. The entire state Court record [Doc. 1-1] shows that the Superior Court never issued any summons for any Defendant. Defendants filed an Answer to the action on November 20, 2019 [Doc. 3] and a Motion for Judgment on the Pleadings on April 10, 2020 [Doc. 5]. In response to the Motion for Judgment on the Pleadings, the Plaintiff moved to strike the Defendants' Answer and for entry of a default judgment. [Doc. 6]. In support of his motion, the Plaintiff argued that the Defendants were served on October 11, 2019, and did not file their Answer within thirty days of service. *Id.* This is incorrect and the Motion should be denied.

2

## ARGUMENT AND CITATION OF AUTHORITY

Since this action was just removed from state court, state law provides the exclusive means for service of process prior t removal. Pursuant to O.C.G.A. 9-11-4(a), "[u]pon the filing of the complaint, the clerk shall forthwith issue a summons and deliver it for service." While there appears to be returns of service showing that Lakeview and LoanCare were served on October 11, 2019, there has never been a summons issued as to any Defendant in this action by the Clerk of the Superior County of Spalding County. *See generally* [Doc. 1-1]. Thus, since no summons was issued, service has not been properly perfected against Lakeview and LoanCare and the Answer filed on November 20, 2019 is timely and should remain of record.

Further, the Plaintiff's request for default judgment should be denied because the requirements to obtain a default judgment not been satisfied. O.C.G.A. § 9-11-55(a) provides that "If in any case an answer has not been filed within the time required by this chapter, the case shall automatically become in default unless the time for filing the answer has been extended as provided by law." Defendants must file an Answer "within 30 days after the service of the summons and complaint upon him." O.C.G.A. § 9-11-12(a). Here, since no summons have been issued by the Court, service has not been perfected against Lakeview and Loancare

3

and the statutory time to file an answer has not started to run. The Answer filed on November 20, 2020, was therefore timely.

## **CONCLUSION**

Based on the foregoing, LoanCare and Lakeview respectfully request that this Court deny the Plaintiff's Motion to Strike.

Respectfully submitted, this 19th day of June, 2020.

> */s/ Bret J. Chaness*
> BRET J. CHANESS (GA Bar No. 720572)
> **RUBIN LUBLIN, LLC**
> 3145 Avalon Ridge Place, Suite 100
> Peachtree Corners, GA 30071
> (678) 281-2730 (Telephone)
> (404) 921-9016 (Facsimile)
> bchaness@rlselaw.com
>
> *Attorney for LoanCare, LLC and Lakeview Loan Servicing, LLC*

## **FONT CERTIFICATION**

The undersigned counsel for Defendants hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

Respectfully submitted, this 19th day of June 2020.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this day served the all parties with the within and foregoing by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Richard Carruthers
23 Stillwater Trace
Griffin, Georgia 30223

Cory P. Sims
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339

This 19th day of June, 2020.

                                                  */s/ Bret J. Chaness*
                                                  BRET J. CHANESS (GA Bar No. 720572)